**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **LOUISE SANTISI**, | ) Case No. |
| | ) |
| Plaintiff, | ) **COMPLAINT** |
| | ) |
| vs. | ) |
| | ) |
| **ALLIED INTERSTATE, INC.**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### I.  INTRODUCTION

1.  This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices. Plaintiff further alleges a claim for invasion of privacy ancillary to Defendant's collection efforts.

### II.  JURISDICTION

2.  Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d).

### III.  PARTIES

3.  Plaintiff, Louise Santisi, is a natural person residing in Maricopa County.

4.  Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

Complaint - 1

5.  Defendant, Allied Interstate, Inc., is a corporation engaged in the business of collecting debts by use of the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another.

6.  Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6) trying to collect a "debt" as defined by 15 U.S.C. §1692(a)(5).

### IV. FACTUAL ALLEGATIONS

7.  At various and multiple times prior to the filing of the instant complaint, including within the year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt. Defendant's conduct violated the FDCPA in multiple ways, including but not limited to:

> a) Causing Plaintiff's telephone to ring repeatedly using an auto-dialer, and failing to make an employee available to speak to Plaintiff within a reasonable time after Plaintiff picked up the phone (§ 1692d));
>
> b) Failing to properly take account of a letter from the original creditor (and copied to Plaintiff), which states that the original assignment to Allied was in error; instead of taking proper account of the letter and stopping the collection contacts, Defendant doubled the amount owed (§ 1692f(1) & § 1692e(10) & § 1692d))

8.  Defendant's aforementioned violations of the FDCPA also constitute an invasion of Plaintiff's right to privacy, causing injury to Plaintiff's feelings, mental anguish and distress.

9. Defendant's aforementioned violations of the FDCPA also constitute an intentional intrusion into Plaintiff's private places and into private matters of Plaintiff's life, conducted in a manner highly offensive to a reasonable person.  With respect to these activities of Defendant, Plaintiff had a subjective expectation of privacy that was objectively reasonable under the circumstances.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

10. Plaintiff reincorporates by reference all of the preceding paragraphs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

    A. Declaratory judgment that Defendant's conduct violated the FDCPA;

    B. Actual damages;

    C. Statutory damages;

    D. Costs and reasonable attorney's fees; and,

    E. For such other and further relief as may be just and proper.

## COUNT II: COMMON LAW INVASION OF PRIVACY BY INTRUSION

11. Plaintiff reincorporates by reference all of the preceding paragraphs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

    A. Actual damages

B. Punitive Damages; and,

C. For such other and further relief as may be just and proper.

**<u>PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY</u>**

Respectfully submitted this 29th day of October, 2008

                By: <u>s/ Marshall Meyers</u>
                      Marshall Meyers (020584)
                      WEISBERG & MEYERS, LLC
                      5025 North Central Ave., #602
                      Phoenix, AZ 85012
                      602 445 9819
                      866 565 1327 facsimile
                      mmeyers@AttorneysForConsumers.com
                      Attorney for Plaintiff