**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **LOUISE SANTISI**, | ) Case No. 2:08-cv-01987-HRH |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **ALLIED INTERSTATE, INC.** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 4th day of February, 2009.

By:s/Marshall Meyers
  **Marshall Meyers**
  **WEISBERG & MEYERS, LLC**
  **5025 North Central Ave., #602**
  **Phoenix, AZ 85012**
  **602 445 9819**
  **866 565 1327 facsimile**
  **mmeyers@AttorneysForConsumers.com**
  **Attorney for Plaintiff**

Notice of Dismissal - 1

Filed electronically on this 4th day of February, 2009, with:

United States District Court CM/ECF system

By: s/ Tremain Davis
    Tremain Davis